IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Canna Plus Farm LLC,<br><br>      Plaintiff,<br><br>v.<br><br>STATE BUREAU OF<br>NARCOTICS AND DANGEROUS<br>DRUGS CONTROL;<br>OKLAHOMA MEDICAL<br>MARIJUANA AUTHORITY;<br>OKLAHOMA STATE FIRE MARSHAL;<br>and KEVIN STITT, in his official capacity<br>as Governor of the State of Oklahoma,<br><br>      Defendants. | **Case No.: 26-cv-12-R**<br><br>(Removed from Grant County District Court, Case No. CV-2025-19) |

## ANSWER OF OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

      For their Answer to Plaintiffs' Complaint [Doc. No. 1.1], Defendant Oklahoma State Bureau of Dangerous Drugs Control ("OBN"), by and through their attorneys of record, denies all material averments of the Complaint unless explicitly admitted herein. OBN further responds to the numbered paragraphs of the Complaint as follows:

      1.      The averments of this paragraph are denied.

      2.      The averments of this paragraph are denied.

      3.      Defendants admit Plaintiff's registration with OBN was revoked. The remaining averments of this paragraph are denied.

      4.      Defendant is without knowledge or information sufficient to form a belief

as to the truth of the averments of this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

6. Defendant admits OBN is an agency of the state of Oklahoma that participates in the regulation of medical marijuana.

7. Defendant admits the Oklahoma Medical Marijuana Authority (OMMA) is an agency of the state of Oklahoma that participates in the regulation of medical marijuana.

8. Defendant admits the Oklahoma State Farm Marshall (OSFM) is an agency of the state of Oklahoma with duties to issue certificates of occupancy (COO).

9. The averment of this paragraph is not directed to this Defendant and therefore no response is required.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

11. Defendant denies the averments of this paragraph.

12. Defendant denies the averments of this paragraph.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

19. Defendant denies the averments of this paragraph.

20. Defendant admits OBN issued a final order. Defendant denies the remaining averments of this paragraph.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

22. Defendant denies the averments of this paragraph.

23. Defendant denies the averments of this paragraph.

24. Defendant denies the averments of this paragraph.

25. The averments of this paragraph are legal conclusions that do not require a response.

26. Defendant denies the averments of this paragraph.

27. Defendant denies any illegal action.

28. Defendant denies the averments of this paragraph.

## **AFFIRMATIVE DEFENSES**

1. Plaintiffs' claims are not redressable because they seek relief that will further an illegal enterprise.

2. Defendant is entitled to sovereign immunity.

3. Defendant's actions were objectively reasonable.

4. Plaintiffs are not "persons" capable of bringing suit under 42 U.S.C. § 1983.

5. Defendant is not a "person" capable of being sued under 42 U.S.C. § 1983.

6. Plaintiffs have unclean hands.

7. Defendant was acting pursuant to the police power of the State of Oklahoma.

8. Plaintiff failed to exhaust administrative remedies.

9. Plaintiff's claims are barred by claim preclusion and issue preclusion.

10. The State cannot be enjoined.

11. The Court lacks subject matter jurisdiction.

12. Plaintiffs have failed to state a claim upon which relief can be granted.

13. Statute of Limitations.

14. Laches.

15. Plaintiffs have not asserted a legally recognized liberty or property interest.

WHEREFORE, Defendant respectfully requests that Plaintiffs take nothing by way of this civil action and that judgment with costs be entered in favor of Defendant.

Respectfully submitted,

*/s Tabitha Haney*
**DEVAN PEDERSON, OBA #16576**
**TABITHA HANEY, OBA #35626**
**AJ REDING, OBA #32490**
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-5389
Facsimile: (405) 521-4518
devan.pederson@oag.ok.gov
tabitha.haney@oag.ok.gov
aj.reding@oag.ok.gov
*Attorneys for Defendants OBN, OMMA, and OSFM*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January , 2026, a true and correct copy of the foregoing document was sent via U.S. Mail to the following, who is not an ECF participant.

Kelly Lynn
Lynn Legal Firm, PLLC
PO Box 439
Washington OK 73093

/s Tabitha Haney
Tabitha Haney

5